**Appeal Dismissed and Memorandum Opinion filed June 19, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00933-CV

## IN THE INTEREST OF C.J.L., II, A CHILD

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2012-16894**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 12, 2017. The clerk's record was filed February 23, 2018. No reporter's record was filed. No brief was filed.

On May 3, 2018, this court issued an order stating that unless appellant filed a brief on or before May 23, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.